UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Court No. |
| ) | |
| ) | |
| ALBERT H. CORLISS ) | |
| *Defendant*. ) | |

## **COMPLAINT**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Christopher R. Donato, Assistant United States Attorney, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. The defendant, Albert H. Corliss (hereinafter "Corliss"), resides in the District of Massachusetts in Brookline, MA.

3. On or about March 8, 1978, Corliss executed a promissory note in the amount of $2,450.00.

4. On or about March 14, 1979, Corliss executed a second promissory note in the amount of $3,500.00.

5. On or about February 15, 1980, Corliss executed a third promissory note in the amount of $3,500.00.

6.       Corliss is indebted to the United States for the principal amount of $9,450.00 plus interest computed at the rate of 7.00 percent per annum, for a total amount of $16,550.72 as of January 9, 2009. Thereafter, interest on the principal amount will accrue at the rate of 7.00 percent per annum until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

7.       Corliss has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against Corliss in the principal amount of $9,450.00; plus interest in the amount of $7,100.72 at an annual rate of 7.00 percent until the date of judgment. The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By:       /s/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3303

Dated: April 13, 2009