EXHIBIT
A

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Albert H. Corliss

Brookline, MA

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01/09/09.

On or about 03/08/78, 03/14/79 and 02/15/80, the borrower executed promissory note(s) to secure loan(s) of $2,450.00, $3,500.00 and $3,500.00 from Wells Fargo Bank N.A., San Francisco, CA. This loan was disbursed for $2,450.00, $3,500.00 and $3,500.00 on 03/28/78, 04/10/79 and 03/06/80, at 7.00 percent interest per annum. The loan obligation was guaranteed by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 04/02/81, and the holder filed a claim on the loan guarantee. The loan was subsequently assigned to the Department on 10/13/81. The Department paid a claim in the amount of $9,801.57 to the holder.

Since assignment of the loan, the Department has credited a total of $12,198.02 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $9,450.00 |
| Interest: | $7,100.72 |
| Total Administrative Charges Due: | $0.00 |
| Total Penalty Charges Due: | $0.00 |
| Total debt as of 01/09/09: | $16,550.72 |

Interest accrues on the principal shown here at the rate of $1.81 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3/30/09

Loan Analyst
Litigation Support
Alberto Francisco
Senior Loan Analyst