UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALBERT H. CORLISS
    Defendant.

Court No. 09-CV – 10558 – ~~RWZ~~
ANSWER

### Introduction

The defendant, Albert H. Corliss, has been assured by Assistant U.S. Attorney Christopher R. Donato that this case has been reassigned to another judge. (Because of apparent conflict in that defendant is currently appearing before Judge Zobel in another case.) That being stated as to charges, assertions, etc:

### Charges

1. As to jurisdiction, defendant has no comment

2. Defendant admits residency stated.

3. Defendant neither admits nor denies.

4. Defendant neither admits nor denies.

5. Defendant neither admits nor denies.

6. Defendant denies the alleged debt and interest and finds Exhibit A to be a work of fiction. (See: Affirmative Defense following with exhibits.)

7. Defendant denies.

8. Defendant denies and objects to U.S. demands. (See: Affirmative Defense) with exhibits following:

Affirmative Defense

On or about the summer of 1993 the U.S. Department of Education had a hearing on these alleged loans (Plaintiff's Complaint #3-5). Both sides were given the opportunity to present evidence. Which they did.

9. At the time defendant proffered exhibits, including but not limited to:

    A. Exhibit A – In reply to an accounting requested in 1990, promised within thirty days defendant received, and returned without opening, documents sent by the USDOE without proper postage.

    B. Exhibit B – November 29, 1990 letter stating defandant's position to a California collection agency.

    C. Exhibit C – Letter of March 30, 1992 discussing "valid dispute."

10. At the conclusion of the investigation/hearing the U.S. Dept of Education decided [To have] "removed your account from that [IRS] offset process". (See: Exhibit D- letter of March 8, 1993.)

11. Since that time according to plaintiff's Complaint (Exhibit A) plaintiff has received "from all sources, including Treasury Department offsets… a total of $12, 198.02" from defendant.

12. Defendant objected to these offsets inquiring many times (letters available upon request) that if the UDOE had "new" evidence after March 1993 would they please produce such. They did not reply but simply shifted the debt to another collector.

13. The defendant, Albert H. Corliss, alleges that the allegations of the Complaint fail to set forth a claim upon which relief can be granted.

-2-

WHEREFORE, the defendant, Albert H. Corliss prays because the original debt was for $9,450.00 and the USDOE has collected $12,198.00 on a debt they themselves deemed "unenforceable" defendant feels that the debt has been satisfied and requests an "accord and satisfaction".

Pursuant to 28 U.S.C. section 1746(2), I certify under the penalty of perjury that the following is true and correct.

Dated: April 18, 2009

                                          Albert H. Corliss
                                          Defendant, Pro Se
                                          1514 Beacon Street, Suite 43
                                          Brookline, MA 02446
                                          (617) 731-1309
                                          E-mail: Pineesee@aol.com

## Certificate of Service

I certify that on this date I sent, postage prepaid via US mail a true copy of DEFENDANT'S ANSWER to:

Christopher R. Donato
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Date: April 18, 2009

                                          Albert H. Corliss